AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No.  21-6097-GEB
INFORMATION ASSOCIATED WITH FACEBOOK USER NAMES, ID's, URL's:  )
https://www.facebook.com/jjosbourn, Vanity Name: John Osbourn (JJ), that is stored at  )
premises controlled by Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

evidence of violations of 21 U.S.C §§ 841(a)(1), 843 and 846, as described in the Affidavit of Probable Cause and as further identified in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1); 21 USC 843; 21 USC 846 | Possession with Intent to Distribute a Controlled Substance; Unlawful Use of a Communication Device; Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Erik Brown, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/15/2021

*Judge's signature*

City and state: Wichita, KS

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **FACEBOOK USER NAMES, ID's, URL's**:<br><br>https://www.facebook.com/jjosbourn<br>Vanity Name: John Osbourn (JJ) | Case No. 21-6097-GEB_____<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Erik Brown, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a Facebook user account that is stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the user ID.

2. I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510 (7); that is, an officer of the United States who is

**Affidavit in Support of Application for Search Warrant - Page 1 of 15**

empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C § 2516.

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since February, 2009. I am currently assigned to the DEA Garden City Post of Duty (GCPOD). I attended the DEA Training Academy at Quantico, Virginia from September, 2008 to February, 2009, where I received specialized training in narcotics and money laundering investigations. I have since received training in complex conspiracy investigations, telecommunications exploitation and asset forfeiture. Prior to joining the DEA, I was a police officer with the Arlington, Texas Police Department for over six years.

4. I have participated as a law enforcement officer in investigations of unlawful narcotics distribution and have conducted wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

5. I am familiar with the facts and circumstances of the investigation set forth below through my personal participation; from discussions with other federal agents and local law enforcement officers; and from my review of records and reports relating to the investigation. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit

**Affidavit in Support of Application for Search Warrant - Page 2 of 15**

is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Sources of supply, distributors, and consumers of illegal drugs frequently use Facebook, WhatsApp, Instagram, Snapchat and other social networking applications as means of communication to facilitate drug transactions.

7. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1) (possession of a controlled substance with the intent to distribute); 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a controlled substance); have been committed, are being committed, and will be committed by John Joseph OSBOURN, the user of https://www.facebook.com/jjosbourn, Vanity Name: John Osbourn (JJ), and other known and unknown associates. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

8. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2704(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "any district court of the United States (including a magistrate judge of such court)…that has jurisdiction over the offense being investigated;" specifically 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846.

## PROBABLE CAUSE

9. The Drug Enforcement Administration (DEA), in conjunction with local and state law enforcement agencies, is conducting an investigation of John Joseph OSBOURN, regarding violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846.

**Affidavit in Support of Application for Search Warrant - Page 3 of 15**

10.     In March 2021, the DEA Garden City Post of Duty (GCPOD) began an investigation into a street level retail distributor of suspected Fentanyl pills that had the appearance of 30 mg Oxycodone Hydrochloride pills. These counterfeit and clandestinely manufacturer pills are often referred to in electronic and verbal communications by street slang terms such as "Oxy's", "dirty 30's", and "fent". The DEA GCPOD utilized a confidential source (CS) who began communicating with Facebook Vanity Name Benzo Luciano, later identified as Steven ARTEAGA, hereinafter referred to as ARTEAGA, via Facebook Messenger. These communications were initiated by the CS at the direction of your affiant and other controlling Agents. Your affiant has viewed the publicly visible Facebook profile of ARTEAGA under Facebook Vanity Name Benzo Luciano and URL: https://www.facebook.com/BENZO316, to include viewable photographs displayed on the profile page and posts. These photographs, when compared to law enforcement photographs and government identification, positively match that of ARTEAGA. The CS inquired via Facebook Messenger with ARTEAGA regarding the purchase of suspected Fentanyl pills. Communications between the CS and ARTEAGA were viewed by your affiant, recorded, and retained as evidence. The CS asked ARTEAGA, via Facebook Messenger, where he/she could purchase some "30's", a slang term for 30 mg Oxycodone pills, a prescription pharmaceutical. ARTEAGA asked "how many" and quoted a price of "$35 a pop", meaning $35 per pill. ARTEAGA provided a price point for the amount of pills requested by the CS, via Facebook Messenger. ARTEAGA, via Facebook Messenger, provided the CS with an address located in the 600 block of W. Fulton Street, Garden City, Kansas, which is known to law enforcement to be a residential address utilized by

**Affidavit in Support of Application for Search Warrant - Page 4 of 15**

ARTEAGA. A controlled purchase, under the direction of the DEA GCPOD, with the assistance of other law enforcement officers, was conducted between the CS and ARTEAGA. During the recorded controlled purchase, ARTEAGA was positively identified via surveillance personnel during the sale of the Fentanyl pills which occurred at the location designated by ARTEAGA for the price and quantity of pills negotiated with ARTEAGA via Facebook Messenger. The suspected Fentanyl pills purchased by the DEA GCPOD field tested presumptive positive for Fentanyl. The pills were later identified by the Kansas Bureau of Investigation (KBI) Laboratory as containing Fentanyl.

      11. In April 2021, the DEA GCPOD CS communicated with ARTEAGA, via Facebook Messenger, to conduct an additional controlled purchase of several suspected Fentanyl pills at the direction of your affiant. Communications between the CS and ARTEAGA were viewed by your affiant, recorded, and retained as evidence. The CS has provided the DEA GCPOD with accurate and reliable information which has been independently corroborated by your affiant and other law enforcement personnel. ARTEAGA, communicated with the CS, via Facebook Messenger, that he (ARTEAGA) had "30's" and "Xannys on deck". "Xannys" is a slang term for Xanax, the brand name for the prescription pharmaceutical alprazolam. "On deck" is a slang term meaning available for sale. ARTEAGA, quoted the CS a price of "$35 a pop" for the suspected Fentanyl pills ("30's") and asked the quantity the CS was wanted. The CS, directed by your affiant and in the presence of controlling Agents via Facebook Messenger, established a meeting time in Garden City, Kansas, with ARTEAGA. Prior to the meeting time, ARTEAGA, via Facebook Messenger, sent a message to the CS, in the presence of your affiant, which

**Affidavit in Support of Application for Search Warrant - Page 5 of 15**

advised, "He going hit u up. John Osborne". The CS was then contacted via Facebook Messenger by Facebook Vanity Name John Osbourn (JJ). The message advised, "hey, Benzo asked me to drop something off to you. Where do I meet you." The CS, as directed by your affiant, communicated with Facebook Messenger John Osbourn addresses for a proposed meeting location in Garden City, Kansas, and a time. Facebook Messenger John Osbourn also stated that he would be occupying a silver minivan as a means of coordinating the meeting with the CS. Your affiant knows from a prior investigation, that OSBOURN utilizes a silver Nissan Quest minivan bearing Kansas registration 399NJT which is registered to a family member of OSBOURN at the known residence of OSBOURN in Garden City, Kansas. The above series of communications between the CS, ARTEAGA, and the individual later identified as John OSBOURN, were viewed by your affiant, recorded, and are retained as evidence. Your affiant observed the publicly visible Facebook profile of John Osbourn under Vanity Name John Osbourn (JJ) and URL: https://www.facebook.com/jjosbourn, to include visible photographs and posts. Your affiant compared those photographs to known law enforcement and government photographs of OSBOURN and determined that they are the same individual. Members of the DEA GCPOD, along with assisting law enforcement personnel, established surveillance of the retail location in Garden City, Kansas, within the District of Kansas. A silver minivan, bearing Kansas registration 399NJT, as previously described by OSBOURN, arrived at the previously negotiated meeting location. OSBOURN exited the front passenger seat of the vehicle and was positively identified as OSBOURN by your affiant based on the known photographs previously reviewed. OSBOURN began walking

**Affidavit in Support of Application for Search Warrant - Page 6 of 15**

in the public parking lot looking around the location in an attempt to locate the CS. OSBOURN was observed by your affiant producing a cellular telephone and holding the phone to his (OSBOURN's) right ear. At the same time, a voice call was recorded from OSBOURN to the CS at which time OSBOURN was attempting to locate the CS within the parking lot. The audio call was from OSBOURN's Facebook Messenger account to the CS. OSBOURN met with the CS and sold the CS several suspected Fentanyl pills. The suspected Fentanyl pills were field tested by the DEA GCPOD and determined to be presumptive positive for Fentanyl. The pills were submitted to the KBI Laboratory for analysis.

12. In May 2021, the DEA GCPOD conducted a controlled purchase, at the direction of your affiant, of suspected black tar heroin from OSBOURN. OSBOURN utilized his (OSBOURN's) Facebook Messenger account in the form of both text and audio communications in order to conduct the drug transaction. Your affiant viewed, recorded, and retained as evidence the Facebook Messenger messages between the CS and OSBOURN. In addition, Facebook Messenger audio calls between the CS and OSBOURN were in the presence of your affiant and other controlling Agents. Agents were able to record some of the audio calls which are retained as evidence. During an audio call from OSBOURN's Facebook Messenger account, OSBOURN and the CS spoke about the price of $30 per "point" and how the price was a little expensive based on prices in the Garden City, Kansas area. The CS asked for a lower price of $20 to $25 per point. OSBOURN advised the heroin "guy", OSBOURN's source of supply (SOS), didn't sell quantities of heroin in half or whole ounce quantities and only sold them in "point" quantities. "Point"

**Affidavit in Support of Application for Search Warrant - Page 7 of 15**

is slang term used to describe .1 grams of heroin, typically in the context within the retail drug distribution marketplace regarding the illicit narcotic black tar heroin. For example, five "points" would be a quantity of .5 grams of a substance. OSBOURN continued to utilize his (OSBOURN's) Facebook Messenger account to communicate with the CS and negotiate the meeting location until ultimately sharing his (OSBOURN's) location via Facebook Messenger with the CS to facilitate the meeting and conduct the transaction. The suspected black tar heroin seized by the DEA GCPOD during the controlled purchase field tested presumptive positive for heroin. The suspected heroin was submitted to the KBI Laboratory for analysis.

13. OSBOURN is utilizing Facebook to distribute illicit narcotics in the District of Kansas by facilitating drug transactions over Facebook Messenger. OSBOURN's Facebook account, herein after referred to as **OSBOURN's account,** is associated with https://www.facebook.com/jjosbourn and Facebook Vanity Name: John Osbourn (JJ).

14. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

15. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval),

**Affidavit in Support of Application for Search Warrant - Page 8 of 15**

physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

16. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

17. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

18. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their

**Affidavit in Support of Application for Search Warrant - Page 9 of 15**

whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

19. Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos associated with a user's account will include all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

20. 'Facebook Messenger' is the instant messaging service application within Facebook. It allows users to send and receive messages with other Facebook users or groups of users, similar to e-mail messages or SMS text messaging service for cellular telephone users. Facebook users can exchange private messages on Facebook with other users. These messages are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such

**Affidavit in Support of Application for Search Warrant - Page 10 of 15**

comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

21. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

22. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

23. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

24. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

25. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

**Affidavit in Support of Application for Search Warrant - Page 11 of 15**

26. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

27. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

28. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

29. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

30. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP

**Affidavit in Support of Application for Search Warrant - Page 12 of 15**

address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

31.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.   Based on the affiant's knowledge, training and experience, and consultations with other law enforcement officers/agents, the affiant knows that electronic data, such as text messages, pictures, contact list, etc. associated with a social media account may be maintained on one or more computer servers controlled by the network host.  This data may cover an extended period of time, which may be months, or years' worth of data.  In addition, a social media network host can store data until it is deleted, and keep that data preserved for many years.  The affiant also knows that, in general, data will remain on a social media/networking account until it is deleted by the user of the account.  Contemporaneous with this application, the affiant viewed public portions of

**Affidavit in Support of Application for Search Warrant - Page 13 of 15**

**OSBOURN's account**.  Further, in the experience of the affiant and other investigators, computer files or remnants of such files may be recovered months or even years after they have been downloaded onto a hard drive, deleted, or viewed via the internet.  Consequently, the affiant believes the account and its contents related to the conspiracy are substantively preserved on premises maintained by Facebook.

32.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

33.     The affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

34.     Based on the forgoing, the affiant believes that probable cause exists that **OSBOURN's account** contains evidence, fruits, and/or instrumentalities of the violations

of federal law. Therefore, the affiant requests that the Court issue the proposed search warrant.

35.  Your affiant has probable cause to believe that OSBOURN's account, Facebook Account URL addresses: https://www.facebook.com/jjosbourn and Facebook Vanity Name: John Osbourn (JJ), is being used to commit or facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.

36.  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

Erik Brown
Special Agent
Drug Enforcement Administration

Sworn to before me this 15 day of June, 2021 at 10:34 a.m./p.m. in Wichita, Kansas.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

Affidavit in Support of Application for Search Warrant - Page 15 of 15

**ATTACHMENT A**
**Property to Be Searched**

This warrant applies to information associated with the URL addresses: https://www.facebook.com/jjosbourn and Facebook Vanity Name: John Osbourn (JJ) that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

**Attachment**

## ATTACHMENT B
### Particular Things to be Seized

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including **:** full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(b) All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(c) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers;

groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(e) All "check ins" and other location information;

(f) All IP logs, including all records of the IP addresses that logged into the account;

**Attachment**

(g) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(h) All information about the Facebook pages that the account is or was a "fan" of;

(i) All past and present lists of friends created by the account;

(j) All records of Facebook searches performed by the account;

(k) All information about the user's access and use of Facebook Marketplace;

(l) The types of service utilized by the user;

(m) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. §§ 841 and 846 involving John OSBOURN. The information described in Section I should include for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Distribution of illegal drugs and evidence of any violation of 21 U.S.C. Section 841 or 21 U.S.C. Section 846.

(b) Records relating to who created, used, or communicated with the user IDs, including records about their identities and whereabouts.

**Attachment**